*Law Offices of*
## ALDO BELTRANO, P.A.
*Attorney and Counselor at Law*
601 Heritage Drive; Suite 138
Jupiter, Florida 33458
(561) 799-6577
(561) 799-6241 Fax

ALSO MEMBER OF WASHINGTON, D.C. BAR
and THE LAW SOCIETY OF UPPER CANADA

June 1, 2010

Palm Beach Gentrlemen's Club  
c/o Thomas R. Farese  
1000 N. Congress Avenue  
West Palm Beach, FL 33409

File # AB-10-971  
Invoice #10-402

RE: Congress Plaza, LLC & Thomas R. Farese vs.  
      CSC, Ltd., Corvinia, LLC, Jeff & John George

Dear Mr. Farese:

    Enclosed please find our statement of account for services rendered with respect to the above noted matter. We trust that you will find our account to be satisfactory and look forward to receiving your check in payment.

    Should you have any questions, please do not hesitate to contact me at your convenience.

Respectfully,

ALDO BELTRANO, P.A.

BY: _____  
Aldo Beltrano, Esquire

AB/csb

*[handwritten: Tommy, Thank you]*

AB  
EXHIBIT  
"16"  
PLAINTIFF

*Law Offices of*
## ALDO BELTRANO, P.A.
*Attorney and Counselor at Law*
*601 Heritage Drive; Suite 138*
*Jupiter, Florida 33458*
*(561) 799-6577*
*(561) 799-6241 Fax*

ALSO MEMBER OF WASHINGTON, D.C. BAR
and THE LAW SOCIETY OF UPPER CANADA

---

June 1, 2010

Palm Beach Gentrlemen's Club             File # AB-10-971
c/o Thomas R. Farese             Invoice #10-402
1000 N. Congress Avenue
West Palm Beach, FL 33409

RE:    Congress Plaza, LLC & Thomas R. Farese vs.
        CSC, Ltd., Corvinia, LLC, Jeff & John George

## INVOICE

TO OUR PROFESSIONAL SERVICES RENDERED IN CONNECTION WITH THE ABOVE-CAPTIONED MATTER, including:

To meeting and telephone conferences with client regarding foreclosure complaint;
To receiving, reviewing, copying of documentation;
To preparing and reviewing Foreclosure Complaint; and
To reporting to you and to all matters necessarily incidental thereto:

TOTAL FEES (See attached detailed bill – 7.30 Hours @ $250.00)      $ 1,825.00
     (Between May 31, 2010 – June 1, 2010)

TOTAL PAYMENT DUE:                                             $ 1,825.00

THIS IS OUR ACCOUNT
ALDO BELTRANO, P.A.

*[signature]*

Per: Aldo Beltrano, Esquire
Tax ID: 65-1067458

TIME SHEET for Aldo Beltrano

    Date: Mon May 31, 10
    Billing rate type: Normal (Default Rate)
    Hourly rate: 250.00
    Client: Congress Plaza, LLC ,Thomas R. Farese
    Matter: vs Georges
    File ID: /AB-10-971
    Time: 5.20
    Activity: Prepare Foreclosure Complaint.

    Date: Tue Jun 1, 10
    Billing rate type: Normal (Default Rate)
    Hourly rate: 250.00
    Client: Congress Plaza, LLC ,Thomas R. Farese
    Matter: vs Georges
    File ID: /AB-10-971
    Time: 1.00
    Activity: Complete documents and meet with Farese regarding complaint

    Date: Tue Jun 1, 10
    Billing rate type: Normal (Default Rate)
    Hourly rate: 250.00
    Client: Congress Plaza, LLC ,Thomas R. Farese
    Matter: vs Georges
    File ID: /AB-10-971
    Time: 1.10
    Activity: Prepare Foreclosure Complaint.

DAY'S BILLABLE: 7.30 $1825.00
DAY'S NON-BILLABLE: 0.00
DAY'S TOTAL: 7.30

**DREAM GIRLS OF PALM BEACH**
OPERATING ACCOUNT
1000 N. CONGRESS AVE.
WEST PALM BEACH, FL 33409
(561) 684-8617


FIFTH THIRD BANK
63-9171-670

4812

6/2/2010

PAY TO THE ORDER OF   Aldo Beltrano, Attorney                                          $ **1,825.00

One Thousand Eight Hundred Twenty-Five and 00/100******************************************* DOLLARS

Aldo Beltrano, Attorney

AUTHORIZED SIGNATURE

MEMO   Legal Fees Filing Foreclosure Complaint Re CP vs Georg

⑈004812⑈ ⑆067091719⑆ 7431020283⑈

---

*LAW OFFICE OF ALDO BELTRANO, P.A.*
PH. 561-799-6577
601 HERITAGE DR. STE. 138
JUPITER, FL 33458

DATE JUNE 4, 2010

CURRENCY
COIN    DREAMGIRLS   1,825.—
10-402

**Bank of America**
Member FDIC
ACH R/T 063100277

TOTAL FROM REVERSE

$   1,825.—

⑆540590106⑆ 003761096415⑈

---

**DREAM GIRLS OF PALM BEACH**                                                            4812

Aldo Beltrano, Attorney                          6/2/2010
                  Legal Fees Filing Foreclosure Complaint Re CP vs Georg    1,825.00

DG GO        Legal Fees Filing Foreclosure Complaint Re CP vs G             1,825.00