UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:17-cv-80522-MARRA/Matthewman

DIETMAR DUDE,
    Plaintiff/Counterclaim Defendant,
vs.
CONGRESS PLAZA, LLC and
CONGRESS 1010, LLC,
    Defendants/Counterclaim Plaintiffs,
_____/

CONGRESS PLAZA, LLC and
CONGRESS 1010, LLC,
    Third-Party Plaintiffs,
vs.
CONGRESS MANAGEMENT, LLC, etc.,
et.al.,
    Third-Party Defendants.
_____/

## AFFIDAVIT OF BARRY G. RODERMAN
## IN SUPPORT OF ATTORNEY'S FEES AND COSTS

Before me, the undersigned authority, personally appeared Barry G. Roderman, who first being duly sworn, deposes and says:

1. I am an attorney who is admitted to practice in the State of Florida. I am an attorney with the law firm of Barry G. Roderman and Associates, P.A., counsel for the Defendants, CONGRESS PLAZA, LLC, CONGRESS 1010, LLC and BARRY G. RODERMAN, individually ("Defendants") in the above captioned matter, and as such, I have personal knowledge of all facts and circumstances relating to this matter as set forth herein. The Affidavit is submitted in support of the Court's Order Granting the Motion for Sanctions.

2. I have reviewed the records of this law firm (true and correct copies of which are attached hereto as Exhibit "A"), which show from February 5, 2018 through July 3, 2018, the Plaintiff incurred the following fees in prosecuting this lawsuit.

    A. Barry G. Roderman, Esq.: 53.70 hours at the hourly rate of $650.00
    B. Paralegal: 6.70 hours at the hourly rate of $125.00;
    C. Costs: $2,090.33

        Total Attorney's Fees and Costs: $37,833.33.

3. The total amount of attorney's fees incurred by the Defendants regarding the Plaintiff's

non-appearance at deposition and non-appearance at mediation, as per this Court's Order incurred in this action is $37,833.33.

4. Any additional attorney's fees and costs incurred prior to the hearing of this matter will be set forth in a supplemental affidavit, if necessary

FURTHER AFFIANT SAYETH NAUGHT.

I declare under the penalty of perjury that the foregoing statements are true and correct.

_____
Barry G. Roderman, *Affiant*

STATE OF FLORIDA      }
                      } ss:
COUNTY OF BROWARD     }

The foregoing instrument was acknowledged before me this 26th day of July, 2018 by Barry G. Roderman who is personally known to me or ~~has produced~~ _____ as identification.

_____
NOTARY PUBLIC

_____
(Type/Print Name)

JANE B. DE ALMEIDA
MY COMMISSION # GG 013446
EXPIRES: July 19, 2020
Bonded Thru Notary Public Underwriters

Commission No.: _____

My Commission Expires:

SEAL

# Barry Roderman & Associates, P.A.

**633 SE 3rd Ave Suite 4R**
**Ft. Lauderdale, FL 33301**
**admin@barryroderman.com**

**T| 954.761.8810**
**F| 888.246.9753**

July 26, 2018

**Invoice submitted to:**

Congress Plaza, LLC
633 SE 3rd St Suite 4R
Ft. Lauderdale, FL 33301

In Reference To:  Dietmar Dude v. Congress Plaza, LLC, Congress 1010, Barry Roderman
US District Court Southern District Florida
Case No. 9:17-CV-80522-KAM

Invoice # 12645

**Professional Services**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2018 | BGR | Receipt and review of email communication from opposing counsel regarding Amended Notice of Deposition for Dietmar Dude and Motion for Protective Order. | 0.10 650.00/hr | 65.00 |
| 2/6/2018 | BGR | Receipt and review of Motion for Protective Order and reschedule deposition of Dietmar Dude. | 0.10 650.00/hr | 65.00 |
| | BGR | Receipt and review of email communication from Co-defendant regarding exhibits to Motion for Protective Order | 0.10 650.00/hr | 65.00 |
| 2/7/2018 | BGR | Receipt and review of Order Requiring Expedited Briefing to set deadlines as to Motion for Protective Order [145]. | 0.10 650.00/hr | 65.00 |
| 2/9/2018 | BGR | Review and revise draft of Response in Opposition regarding Motion for Protective Order [145] filed Congress Plaza; receipt and review Response in Opposition regarding Motion for Protective Order [145] filed by S&J Property Holdings. | 0.40 650.00/hr | 260.00 |
| 2/12/2018 | BGR | Receipt and review of multiple email communication from Co-defendant and opposing counsel and preparation to response to same. | 0.30 650.00/hr | 195.00 |
| | BGR | Receipt and review of Order setting hearing on Motion for Protective Order [DE 145]; receipt and review of Notice by Dietmar Dude regarding [DE 148] Order, Set/Reset Motion/R&R Deadlines and hearing [DE 145] Motion for Protective Order and reschedule deposition, [DE 152] Order Setting Hearing on Motion, to Court of Partial Resolution | 0.30 650.00/hr | 195.00 |
| 2/13/2018 | BGR | Receipt and review of Reply to Response to Motion regarding Motion for Protective Order and to reschedule deposition filed by Dietmar Dude. | 0.20 650.00/hr | 130.00 |

Congress Plaza, LLC                                                                                           Page     2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/15/2018 | BGR | Receipt and review of Paperless Order on Motion for Protective Order [DE 145]. | 0.10 650.00/hr | 65.00 |
| 2/20/2018 | BGR | Receipt and review of Order denying in part [DE 145] Motion to Reschedule Deposition and for Protective Order. | 0.10 650.00/hr | 65.00 |
| 2/23/2018 | BGR | Receipt and review of Notice of Taking Deposition Duce Tecum of Deitmar Dude and related documents from Co-defendant. | 0.30 650.00/hr | 195.00 |
|  | BGR | Receipt and review of email communication from Co-defendant regarding scheduled deposition of Dietmar Dude. | 0.10 650.00/hr | 65.00 |
| 2/25/2018 | BGR | Receipt and review of multiple email communications from Co-Counsel and Co-defendant regarding discovery and deposition issues; preparation of response to same. | 0.20 650.00/hr | 130.00 |
| 3/9/2018 | BGR | Receipt and review of multiple email communication from opposing counsel; Co-counsel and Co-defendant regarding deposition. | 0.30 650.00/hr | 195.00 |
| 3/12/2018 | BGR | Receipt and review of email communication from Opposing Counsel regarding deposition dates. | 0.10 650.00/hr | 65.00 |
| 3/29/2018 | BGR | Preparation of Motion for Referral to Mediation. | 0.75 650.00/hr | 487.50 |
|  | BGR | Research: Local Rules and Federal Requirements for Referral to Mediation | 0.80 650.00/hr | 520.00 |
|  | BGR | Review File Materials to Prepare Motion for Referral to Mediation. | 0.50 650.00/hr | 325.00 |
| 4/2/2018 | BGR | Receipt and review of multiple email communication from Co-counsel and opposing counsel regarding mediation and preparation of response to same. | 0.30 650.00/hr | 195.00 |
|  | BGR | Receipt and review of email communication from Co-counsel regarding mediation | 0.10 650.00/hr | 65.00 |
| 4/3/2018 | BGR | Receipt and review of multiple email communications from opposing counsel, co-counsel and co-defendant regarding mediation and prepare response to same. | 0.75 650.00/hr | 487.50 |
| 4/4/2018 | BGR | Receipt and review of Response in Support regarding Motion to Appoint Mediator. | 0.20 650.00/hr | 130.00 |
|  | BGR | Receipt and review of email communication from opposing counsel regarding mediation | 0.10 650.00/hr | 65.00 |
| 4/8/2018 | BGR | Receipt and review of email communication from co-counsel regarding mediation selection. | 0.10 650.00/hr | 65.00 |

Congress Plaza, LLC                                                                                                                   Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/8/2018 | BGR | Receipt and review of email communication from co-counsel regarding mediation selection. | 0.10<br>650.00/hr | 65.00 |
| 4/10/2018 | BGR | Receipt and review of Order granting Motion for referral to Mediation; receipt and review of Notice of Selection of Mediator. | 0.20<br>650.00/hr | 130.00 |
|  | BGR | Receipt and review of email communication from opposing counsel regarding mediation; receipt and review of email communication co-counsel regarding same. | 0.20<br>650.00/hr | 130.00 |
| 4/13/2018 | BGR | Receipt and review of multiple email communications from opposing counsel and co-counsel regarding coordination of mediation dates and preparation of response to same from 4/11/2018 thru 4/17/2018; receipt and review of Notice of Mediator. | 1.00<br>650.00/hr | 650.00 |
| 4/17/2018 | BGR | Receipt and review of Notice of Mediation Conference; review file and draft Confidential Mediation Summary to Mediator. | 2.00<br>650.00/hr | 1,300.00 |
| 4/19/2018 | BGR | Receipt and review of email communications from co-counsel and co-defendant regarding Confidential Mediation Summary and finalize of same. | 0.75<br>650.00/hr | 487.50 |
|  | PRL | Review, gather and finalize exhibits for Confidential Mediation Summary. | 0.50<br>125.00/hr | 62.50 |
| 5/10/2018 | BGR | Receipt and review of Motion for Reconsideration regarding Order on [DE 158] Motion for Protective Order; Motion to Excuse from attending mediation; multiple email communications by and between defendants and co-defendants regarding Dietmar Dude. | 0.75<br>650.00/hr | 487.50 |
| 5/11/2018 | BGR | Receipt and review of Order setting hearing and expediting response to Motion [DE 198] Motion for Reconsideration [DE 158] Order on Motion for Protective Order. | 0.10<br>650.00/hr | 65.00 |
| 5/15/2018 | BGR | Receipt, review and revise Defendant's Response to Plaintiff Dietmar Dude's Motion for Reconsideration [DE 198]; receipt, review and revise; receipt, review and revise Response to Motion [DE 198] Motion for Reconsideration [DE 158] Order on Motion for Protective Order filed by Congress 1010, LLC, Congress Plaza, LLC; David M. Golstein, P.A. Suzanne Farese, Barry G. Roderman.; receipt, review and revise Motion to Excuse from Attending Mediation regarding [DE 189] Order on Motion for Appointment of Mediator. | 1.50<br>650.00/hr | 975.00 |
|  | BGR | Receipt and review of email communication from co-defendant regarding [DE 200 & 201] response to motions [DE 198 & DE 158] and preparation of response to same. | 0.20<br>650.00/hr | 130.00 |
| 5/16/2018 | BGR | Receipt and review of Order Referring [DE 197] Motion to Excuse from Attending Mediation regard [DE 189] Order on Motion for Appointment of Mediator. | 0.10<br>650.00/hr | 65.00 |

Congress Plaza, LLC                                                                                                     Page     4

|            |     |                                                                                                                                                                                                                               | Hrs/Rate          | Amount   |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 5/16/2018  | PRL | Preparation of Notice of Filing Exhibits.                                                                                                                                                                                           | 0.20<br>125.00/hr | 25.00    |
|            | BGR | Receipt and review of Reply to Response to Motion to Excuse from Attending Mediation and Motion for Appointment of Mediator and Motion for Reconsideration; Order on Motion for Protective Order                                    | 0.30<br>650.00/hr | 195.00   |
| 5/17/2018  | BGR | Preparation for travel to and attendance at hearing for Motion to Excuse from Attending Mediation [DE 197]; Order on Motion for Appointment of Mediator [DE 189]; Motion for Reconsideration [DE 158]; Motion for Appointment of Mediator [DE 198} | 6.00<br>650.00/hr | 3,900.00 |
|            | BGR | Receipt and review of Order adding Motion to May 17, 2018 Hearing.                                                                                                                                                                  | 0.10<br>650.00/hr | 65.00    |
| 5/18/2018  | BGR | Receipt and review of Paperless Order on proceedings for May 17, 2018; receipt and review of Order denying Motion for Reconsideration and Order denying Plaintiff Motion to Excuse Personal Appearance at Mediation                 | 0.20<br>650.00/hr | 130.00   |
| 5/21/2018  | BGR | Preparation for Mediation                                                                                                                                                                                                           | 3.50<br>650.00/hr | 2,275.00 |
| 5/22/2018  | PRL | Preparation of and copy of documents for Mediation                                                                                                                                                                                  | 3.00<br>125.00/hr | 375.00   |
| 5/23/2018  | BGR | Prepare, travel to and attendance at Mediation                                                                                                                                                                                      | 6.50<br>650.00/hr | 4,225.00 |
| 5/24/2018  | BGR | Preparation of Motion for Sanctions [DE 213].                                                                                                                                                                                       | 2.00<br>650.00/hr | 1,300.00 |
|            | BGR | Receipt and review of email communication from opposing counsel regarding mediation and Deitmar Dude's deposition and receipt and review of response to same from co-defendant.                                                     | 0.30<br>650.00/hr | 195.00   |
|            | BGR | Receipt and review of Correspondence, Mediation Report and Invoice from Mediator Herbert Stetting, P.A.                                                                                                                             | 0.30<br>650.00/hr | 195.00   |
|            | BGR | Receipt and review of multiple email communication from co-defendant and co-counsel with regards to mediation expenses and preparation of response to same.                                                                         | 0.30<br>650.00/hr | 195.00   |
|            | BGR | Review Docket and File Materials to Draft Motion for Sanctiond                                                                                                                                                                      | 1.10<br>650.00/hr | 715.00   |
|            | BGR | Research (Legal) RE: Sanctions for Non--Appearance at Court Ordered Mediation                                                                                                                                                       | 0.90<br>650.00/hr | 585.00   |

Congress Plaza, LLC                                                                                                          Page      5

|              |     |                                                                                                                                                                                                 | Hrs/Rate          | Amount   |
|--------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 5/25/2018    | BGR | Receipt, review and response to Multiple email communications between Co-Defendants and opposing counsel regarding deposition of Plaintiff Dietmar Dude and preparation of response to same.                  | 0.50 650.00/hr    | 325.00   |
|              | BGR | Receipt and review of Notice to Court                                                                                                                                                                         | 0.20 650.00/hr    | 130.00   |
| 6/3/2018     | BGR | Receipt and review of email communication from co-defendant and co-counsel regarding mediation and preparation of response to same.                                                                           | 0.20 650.00/hr    | 130.00   |
| 6/4/2018     | BGR | Receipt and review of Renewed Motion for Reconsideration [DE 219] regarding [DE 210] Order on Motion for Reconsideration and postpone deposition by Dietmar Dude                                              | 0.40 650.00/hr    | 260.00   |
|              | BGR | Review of exhibit, pleadings and attendance at deposition of Dietmar Dude.                                                                                                                                    | 3.00 650.00/hr    | 1,950.00 |
|              | BGR | Receipt and review of multiple email communications from opposing counsel and co-defendant with regarding deposition of Dietmar Dude's deposition; receipt and review of Dietmar Dude's Bescheinigu Letter    | 0.30 650.00/hr    | 195.00   |
|              | BGR | Receipt and review of Response to Motion for Sanctions                                                                                                                                                        | 0.20 650.00/hr    | 130.00   |
|              | BGR | Receipt and review of Renewed Motion for Reconsideration on Order for Motion for Reconsideration                                                                                                              | 0.20 650.00/hr    | 130.00   |
|              | BGR | Receipt and review of Order on Plaintiff's Emergency Renewed Motion for Reconsideration and to Postpone Deposition.                                                                                           | 0.10 650.00/hr    | 65.00    |
| 6/5/2018     | BGR | Receipt and review of Clarification of Details of the Court's Order [DE 221].                                                                                                                                 | 0.10 650.00/hr    | 65.00    |
| 6/6/2018     | BGR | Reseach on Sanctiorns for Non-Appearance at Court-Order Deposition                                                                                                                                            | 0.90 650.00/hr    | 585.00   |
| 6/7/2018     | BGR | Preparation of Second Motion for Sanctions [DE 223]                                                                                                                                                           | 1.50 650.00/hr    | 975.00   |
| 6/25/2018    | BGR | Receipt and review of multiple email communications from co-counsel and co-defendant regarding preparation for evidentiary hearing and review of exhibits for same.                                           | 1.00 650.00/hr    | 650.00   |
| 6/28/2018    | BGR | Receipt and review of Motion to Appeal by Telephone [DE 230] regarding Order to Set /Reset Evidentiary Hearing                                                                                                | 0.30 650.00/hr    | 195.00   |
|              | BGR | Legal research in preparation for Evidentiary hearing scheduled for 7/3/2018.                                                                                                                                 | 2.00 650.00/hr    | 1,300.00 |
| 6/29/2018    | BGR | Preparation for Evidentiary Hearing                                                                                                                                                                           | 1.50 650.00/hr    | 975.00   |

Congress Plaza, LLC                                                                                                 Page        6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/2/2018 | PRL | Gather and prepare copy documents in connection with Evidentiary hearing for 7/3/2018. | 3.00<br>125.00/hr | 375.00 |
| 7/3/2018 | BGR | Prepare, travel to and attendance at Evidentiary hearing | 6.50<br>650.00/hr | 4,225.00 |
|  |  | For professional services rendered | 60.40 | $35,742.50 |

**Additional Charges :**

|  |  | Price |  |
|---|---|---|---|
| 5/24/2018 | Herbert Stetting, P.A. Mediation cost | $1,970.83 | 1,970.83 |
| 7/2/2018 | Photocopies in office of exhibits for July 3, 2018 evidentiary hearing | $0.25 | 120.00 |
|  | Total additional charges |  | $2,090.83 |
|  | Total amount of this bill |  | $37,833.33 |
|  | Balance due |  | $37,833.33 |

**Timekeeper Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Barry G. Roderman, Esq. | 53.70 | 650.00 | $34,905.00 |
| Paralegal | 6.70 | 125.00 | $837.50 |

**Thank you for your business.**

**Payment Due Upon Receipt. Credit Card Payments Accepted.**