# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dietmar Dude | 17-CV-80522 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Congress Plaza, LLC., Congress 1010, LLC. | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deitmar Dude

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
C/O Harald Dude, 332 Monceaux Rd. West Palm Beach, Fl 33405

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

David M. Goldstein
P.O. Box 611266
North Miami, Florida 33261

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | n/a |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Harald Dude is the bother of Dietmar Dude; they are alter egos of each other in business; Dietmar Dude filed an action against the above Defedants in an attempt to collect on a promissory note and mortgage. The case was dismissed and the Defendants were awarded attorneys' fees and costs. The Final Judgment against the Plaintiff Dietmar Dude has been assigned to David M. Goldstein by the above Defendants-

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☒ DEFENDANT

TELEPHONE NUMBER: 305-799-2896

DATE:

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No.: 04
District to Serve No.: 04
Signature of Authorized USMS Deputy or Clerk
Date: 8/5/21

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED BY _MAb_ D.C.
AUG 18 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 8/9/21  Time: 1000 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy
Chaves #2729

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

Refer to Attachment for Service Fees. $0.00

REMARKS:
8-5-21 - 1st endeavor @ approximately 1600 hrs; no one home 1hr / 10 miles
8-6-21 - 2nd endeavor @ approximately 1330 hrs; no response to door knock; white Range Rover parked in driveway 1hr / 5 miles
8-9-21 - 3rd endeavor - At approx. 1000 hrs, DUSM Chaves Served Mr. Harald Dude. 2 hrs / 15 miles

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

05 AUG 2021 PM 02:35
USM S/FL WST PLM BCH – C04