CONTROLLED/CHRI


**U.S. Department of Justice**
United States Marshals
Service

**Process 004-9:2017-CV-80522-1 | Cost Worksheet**
Printed on: 08/20/2021

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | S/FL - WEST PALM BEACH | S/FL - WEST PALM BEACH | DIETMAR DUDE v. CONGRESS PLAZA, LLC., COMGRESS 1010, LLC. |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | WritExecution | DEITMAR DUDE |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 08/05/2021 13:56 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 08/05/2021 16:00 EDT | In-person Endeavor | | $0.00 | $70.60 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $5.60 | | |
| 08/06/2021 13:30 EDT | In-person Endeavor | | $0.00 | $67.80 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $2.80 | | |
| 08/09/2021 10:00 EDT | Served | | $0.00 | $138.40 |
| | Personnel Charges | $130.00 | | |
| | Mileage Charges | $8.40 | | |
| 08/11/2021 00:00 EDT | Fees Collected | | $244.30 | $0.00 |
| 08/13/2021 09:35 EDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 08/19/2021 00:00 EDT | Fees Collected | | $32.50 | $0.00 |
| **Total Costs** | | | **$276.80** | **$276.80** |

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | $0.00 |
| **Remaining Process to Serve:** | |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

CONTROLLED/CHRI



**U.S. Department of Justice**
United States Marshals
Service

**Process 004-9:2017-CV-80522-1 | Service Action Log**
Printed on: 08/20/2021

**SERVICE ACTION LOG REPORT**

| Date/Time of Action | Service Action | District | District Office | Performed By | Expense Total |
| --- | --- | --- | --- | --- | --- |
| 08/05/2021 13:56 EDT | Assigned for Personal Service | S/FL | WEST PALM BEACH | CHAVES, MARISOL | $0.00 |
| 08/05/2021 16:00 EDT | In-person Endeavor | S/FL | WEST PALM BEACH | CHAVES, MARISOL | $70.60 |
| 08/13/2021 09:35 EDT | Assigned for Personal Service | S/FL | WEST PALM BEACH | CHAVES, MARISOL | $0.00 |
| 08/06/2021 13:30 EDT | In-person Endeavor | S/FL | WEST PALM BEACH | CHAVES, MARISOL | $67.80 |
| 08/09/2021 10:00 EDT | Served | S/FL | WEST PALM BEACH | CHAVES, MARISOL | $138.40 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
**UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE**