UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80522-Civ-Marra-Matthewman

DIETMAR DUDE,

    Plaintiff,

Vs.

CONGRESS PLAZA, LLC, et al.,

    Defendants.
_____/

CONGRESS PLAZA, LLC,
CONGRESS 1010 LLC, Et Al.,

    Third-Party Plaintiffs,

Vs.

HAROLD DUDE, AKA HARALD DUDE,
DENISE DUDE, His Wife AKA
DENISE ROBERTS, ALDO BELTRANO,
MONIQUE ROBERTS, HARALD
DUDE AND MONIQUE ROBERTS AS
CO-TRUSTEES OF THE TENNISON
TRUST, CONGRESS MANAGEMENT LLC,
a dissolved LLC and Its Last Manager Member
and As Alter Ego of HARALD DUDE,

    Third-Party Defendants.
_____/



## MOTION TO ABATE PROCEEDINGS
## FOR 60 DAYS PENDING SETTLEMENT NEGOTIATIONS

Third-Party Plaintiffs, CONGRESS PLAZA LLC and CONGRESS 1010 LLC, by their Assignee, David M. Goldstein, an individual Pro Se Assignee, respectfully move for an order

abating these proceedings supplementary for a period of sixty (60) days, pending ongoing settlement negotiations, and state:

1. On September 10, 2021, the parties attended mediation (in part by Zoom and in part in person) scheduled in a related case involving the same parties. Marc Ruderman of Matrix Mediation, West Palm Beach, was the mediator. Following mediation, Mediator Ruderman, circulated the following email:

> Good morning Gentlemen: I was extremely pleased we were able to reach a settlement in principle at Friday's mediation. I know you need to hammer out some procedural details on how the settlement can be executed/enforced in order to ensure you are all comfortable. As discussed, if you would like my assistance, please let me know, I'd be happy to help.
> Congratulations on getting this resolved!
> All my best, Marc
> **Marc Ruderman, Esq.**
> Florida Supreme Court Certified Circuit Court Mediator
> MATRIX Mediation  www.matrixmediation.com
> Office 561-340-3500  Direct 561-235-0023

See Exhibit-A attached.

2. While the parties reached a verbal agreement in principle, there remain, as the Mediator noted "some procedural details on how the settlement can be executed/enforced in order to ensure you are all comfortable."

3. Attorney Barry Roderman has spoken with both undersigned Third-Party Plaintiff Assignee and counsel for the Third-Party Defendants, with the exception of Third-Party Defendant Aldo Beltrano, who have agreed that an abatement of these proceedings would be in the best interests of all the parties and would be judicially economical as well.

4. The Court has already granted Third-Party Plaintiff's Motion for Extension of Time regarding, Defendant Beltrano. See the Court's Order at DE-336, which states:

**Document No: 336, Docket Text:**
**PAPERLESS ORDER granting [335] Motion for Extension of Time to File Reply to RESPONSE to [332] MOTION TO COMMENCE PROCEEDINGS SUPPLEMENTARY AND TO IMPLEAD THIRD PARTIES TO PROCEEDINGS filed by Aldo Beltrano. Replies due by 10/21/2021. Signed by Judge Kenneth A. Marra on 9/21/2021. (ir)**

Wherefore, it is respectfully requested the Court enter an order abating these proceeding supplementary for a period sixty (60) days pending settlement.

Respectfully submitted,

/David M. Goldstein, An Individual
Assignee Pro Se
P O Box 611266
North Miami, Florida 33201

*Assignee & Former Member of the Florida Bar*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23d day of September, 2021, the forgoing document was filed with the Clerk of the Court by mail or hand delivery to the Clerk and was electronically served on all parties listed below, pursuant to USDC SDF CM-ECF system.

SERVICE LIST
Dietmar Dude
Schutzenstrate 107 22761
Hamburg, Germany Fax: 011-49-40-085-531-0540

Harald Dude
332 Monceaux Rd
West Palm Beach, Florida 33405
1450 Enclave Circle West Palm Beach, FL 33411
Fax: (561) 333-7178

Denise Roberts Dude
332 Monceaux Rd
West Palm Beach, Florida 33405

Monique Roberts, Esq.
60 S. Pearl Street, #4
Albany, NY 12207
roberts.monique@gmail.com

Aldo Beltrano
Beltrano & Associates
Counsel for Plaintiff
4495 Military Trail, Suite 107
Jupiter, Florida 33458
T. 561-799-6577  F.561-799-6241
Email: Service@beltranolaw.com

Barry G. Roderman
633 SE 3rd Ave Suite 4R
Ft. Lauderdale, FL  33301
T | 954.761.8810 T | 561.300.3173
F | 888.246.9753

Thomas Farese, Pro Se
126 N. E. 4th Avenue
Delray Beach, Florida 33483
Tf511@att.net   Mobile 561-452-0022
*(Hearing Impaired. Pre scheduled tele-calls)*

_____  *Assignee &*
David M. Goldstein, Assignee Pro Se  *Former Member*
*of Florida*
*Bar*